UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 6:16-cv-3273 |
| : | |
| PRIME STAR, LLC. : | |
| A Domestic Limited Liability Company : | |
| Defendant : | |
| _____ / : | |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Prime Star, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: December 8, 2016

By: /s/ Pete M. Monismith                 By: /s/ David A. Healy

| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | David A. Healy MO Bar 54631<br>119 North Second Street<br>P.O. Box 158<br>Ozark, MO 65721<br>Telephone: (417) 581-2411<br>Facsimile: (417) 581-2447<br>Email: info@applebyhealy.com<br>**Attorney for Defendant** |
|---|---|